# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 14-41166
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

October 6, 2015

Lyle W. Cayce
Clerk

COURTLAND LINDSAY,

Plaintiff–Appellant,

versus

RUSK STATE HOSPITAL,

Defendant–Appellee.

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 6:14-CV-640

Before HIGGINBOTHAM, SMITH, and OWEN, Circuit Judges.

PER CURIAM:*

The district court dismissed Courtland Lindsay's amended complaint for

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 14-41166

failure to provide a short and plain statement either of the grounds for federal jurisdiction or of his claims for relief. *See* FED. R. CIV. P. 8(a). Lindsay's largely unintelligible brief on appeal does not cure those deficiencies.

Accordingly, his motion for leave to proceed *in forma pauperis* is DENIED, and the appeal is DISMISSED as frivolous pursuant to Fifth Circuit Rule 42.2. *See Baugh v. Taylor*, 117 F.3d 197, 202 n.24 (5th Cir. 1997). Lindsay is again CAUTIONED that future frivolous or repetitive filings in this court will result in the imposition of sanctions, including dismissal, monetary sanctions, and restrictions on his ability to file pleadings in this court or any court subject to this court's jurisdiction.